```
                          United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                       Case No. 17-33665-maw
Christopher W. Jacobs                                        Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-3          User: mshai              Page 1 of 1           Date Rcvd: Oct 30, 2019
                              Form ID: pdf849          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db              #+Christopher W. Jacobs,   2621 Sigsher,   Toledo, OH 43615-2452

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Oct 30 2019 23:22:01      Cynthia J. Thayer,
                 US Department of Justice,   201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
              Brian Jacob Dilks    cmecf@dilksknopik.com, dilksknopik@ecf.courtdrive.com
              Douglas A. Dymarkowski    doug.dadlaw@bex.net, ddymarkowski@iq7technology.com;tony.dadlaw@bex.net
              Stephen T. Priestap    on behalf of Debtor Christopher W. Jacobs StevePriestap@gmail.com,
               kim@stevepriestap.com
                                                                                               TOTAL: 3

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_____
Mary Ann Whipple
United States Bankruptcy Judge

**Dated: October 30 2019**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-33665 |
| | ) | |
| Christopher W. Jacobs | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |
| | ) | JUDGE MARY ANN WHIPPLE |

## ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

On application of **Dilks & Knopik LLC as assignee to Christopher W. Jacobs,** claimant herein, for an Order directing payment of unclaimed funds held in the registry of the Court; the Court finds that the claimant has served notice upon the United States Attorney and the U.S. Trustee as required by 28 U.S.C. § 2041 et. seq. and/or local bankruptcy rules and directs that funds held in the registry of the Court pursuant to 11 U.S.C. § 347 for the benefit of the claimant in the amount of **$3,168.47** be paid to the Claimant in care of its Authorized Representative:

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065
425-836-5728

###